UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENISE ROHRICK,

Plaintiff,

v.

ROBERT W. BAIRD & CO. INCORPORATED,

Defendant.

**Case No. 01-2215**
JMR / FLN

**STIPULATION AND ORDER TO EXTEND TIME FOR SERVICE AND FILING OF ANSWER**

Plaintiff Rohrick ("Rohrick") and Defendant Robert W. Baird & Co. Incorporated ("Baird"), by their undersigned counsel of record, hereby jointly move the Court for an order extending to January 31, 2002 the time for Baird to answer or otherwise respond to Rohrick's complaint filed herein, and extending to ten days after such service the time for filing same pursuant to Local Rule 5.5. For cause, Rohrick and Baird stipulate and agree as follows:

1. Rohrick's complaint commencing the above-captioned matter was filed on December 3, 2001.
2. The parties agree that, pursuant to Rohrick's subsequent service of the complaint, Baird's answer must be served on or before December 31, 2001 to be timely under the governing rules.
3. The parties are currently engaged in efforts to amicably resolve this matter in lieu of further litigation.
4. Holiday and vacation schedules make it impracticable to exhaust settlement efforts and/or to prepare a fully-informed answer or other response to the

2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

complaint on or before December 31, 2001.

5. An extension of time in which to answer the complaint to on or before January 31, 2002 would facilitate ongoing efforts to settle this case and would serve the interests of justice.

6. Pursuant to Local Rule 5.5, Defendant must file its answer or other response within ten days of service. The time for filing should be deemed to be automatically extended by any extension of the time for service.

Dated: December 28 2001.

**McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

By: ______________________
Corey J. Ayling
Minn. Attorney Reg. No. 157466
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 338-2525
Facsimile: (612) 339-2386
E-mail: cja@mcgrannshea.com

**FOLEY & LARDNER**
Lawrence T. Lynch
777 East Wisconsin Avenue
Milwaukee, WI 53202-5367
Telephone: (414) 297-5824
Facsimile: (414) 297-4900 Facsimile
E-mail: llynch@foleylaw.com

ATTORNEYS FOR DEFENDANT BAIRD

Dated: December 27, 2001.

**LINDQUIST & VENNUM P.L.L.P.**

By: ______________________________
Robert V. Atmore, #3438
Reuben A. Mjaanes, #269669
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFF ROHRICK

**ORDER**

It is so ordered; Defendant shall answer or otherwise respond to Plaintiff's complaint on or before January 31, 2002; Defendant shall file such answer or other response within 10 days after service, as required by Local Rule 5.5.

Dated: JAN 2, 2002

______________________________
Franklin L. Noel
Chief Magistrate Judge
United States District Court
District of Minnesota

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500