139214

RECEIVED
02 FEB 25 AM 11:38
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-2215JMR/SRN **Case Title:** Rohrick v. Robert W. Baird & Co., Incorporated

**Affidavit of Movant**

I, Corey S. Ayling, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lawrence T. Lynch, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Robert W. Baird & Co. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 157466 Date 2/25/02

**Affidavit of Proposed Admittee**

I, Lawrence T. Lynch, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Lawrence T. Lynch
Type/Print Name

Signature ______ Date February 18, 2002

Attorney License Number: WI 1016835

Law Firm Name & Address: Foley & Lardner

777 East Wisconsin Avenue, Suite 3800

Milwaukee, WI 53202-5367

Telephone: ( )414-297-5824

Motion Granted: ______ MMC
For the Court: Richard D. Sletten, Clerk

FEB 25 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK