**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Denise Rohrick,**

**Civil No. 01-2215 JMR/SRN**

**Plaintiff,**

**v.**

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

**Robert W. Baird & Co. Incorporated,**

**Defendant.**

TO: Plaintiff above named and to Robert V. Atmore, Esq., and Reuben A. Mjaanes, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, attorneys for Plaintiff;

Defendant above named and to Corey J. Ayling, Esq., and Kathleen M. Brennan, Esq., McGrann, Shea, Anderson, Carnival, Straughn & Lamb, Chartered, 2600 U.S. Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402; and Lawrence T. Lynch, Esq., Foley & Lardner, 777 East Wisconsin Avenue, Milwaukee, WI 53202-5367, attorneys for Defendant.

The pretrial conference previously scheduled for March 14, 2002, at 4:15 p.m. will now be held on **March 13, 2002, at 10:30 a.m.** in Suite 242, Federal Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson.

Dated: February 28, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Filed MAR 01 2002
Richard D. Sletten, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________