**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Denise Rohrick,

Plaintiff,

v. Civil No. 01-2215 JEL/AJB

Robert W. Baird & Co., Incorporated,

Defendant.

---

## ORDER

---

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2002

BY THE COURT:

Joan Ericksen Lancaster
Judge of District Court

Doc# 1556954\1

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 26 2002
DEPUTY CLERK

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

DENISE ROHRICK,

Plaintiff,

v. Case No. 01-2215 JMR/FLN

ROBERT W. BAIRD & CO., INCORPORATED,

Defendant.

**STIPULATION FOR DISMISSAL**

The parties in the above matter stipulate to the dismissal of the complaint in this matter with prejudice and without costs to either party.

ROBERT V. ATMORE

Robert V. Atmore
Attorney for Plaintiff Denise Rohrick

5/21/02
Date

LAWRENCE T. LYNCH

Lawrence T. Lynch
Attorney for Defendant Robert W. Baird & Co., Incorporated

5/23/02
Date

001.1218812.1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK